Allen-Kingston Motor Car Company, Respondent, v. Consolidated National Bank of the City of New York and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Stephen A. MacMahon, Respondent, v. Saul S. Myers and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Julia Cole, Appellant, v. Claus H. Hinck and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Toumey, Respondent, v. Thomas D. Dewitt, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Wilner, as Administrator, etc., of Rachel Wilner, Deceased, Respondent, v. Independent Order Ahawas Israel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Walker L. Otis, Respondent, v. Julius S. Sandler and Another, Defendants, Impleaded with Barnet M. Cantor and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James E. Taylor, Appellant, v. Howard B. Hendrickson, as Administrator, etc., of Charles S. Hendrickson, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Electrical Accessories Company, Respondent, v. Samuel S. Mittenthal, Appellant, Impleaded with Isaac M. Mittenthal and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Ingraham and Clarke, JJ., dissenting.

Catherine M. Yuengling, Appellant, v. John F. Betz, Jr., and Others, as Executors, etc., of John F. Betz, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles E. Lipscombe v. Derick Lane. Elizabeth McDermott v. Andress S. Floyd and Others. Conrad J. Kellar v. Charles P. Faber. In the Matter of Benjamin Sanders. Annie Stanton, as Administratrix, v. New York Edison Company.— Motions granted, with ten dollars costs in each case.

Frederick Dittman v. The City of New York.— Motion denied, with leave to renew as stated in memorandum per curiam.

Albert W. De Long and Others v. Mercury Realty Company.— Motion denied, with leave to renew as stated in order. Motion for resettlement denied.

In the Matter of Henry B. Snyder.— Motion granted, with ten dollars costs.

Eleanor Renwick v. Harold S. Renwick.— Motion denied. Memorandum per curiam.

In the Matter of Anna C. Larney.— Motion denied on terms stated in order.

Ohio C. Barber v. Charles R. Flint and Others.— Motion denied on terms stated in order.

Rutherford Realty Company v. Willet F. Cook.— Motion granted, with ten dollars costs.

Knickerbocker Investment Company v. Foster M. Voorhees and Others.— Motion denied, with ten dollars costs.

Schwarzschild & Sulzberger v. Empire State Surety Company.— Motion denied.